Attorney for Plaintiff
STACY SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STACY SANCHEZ,**<br><br>      Plaintiff,<br><br>   v.<br><br>**CEI ENGINEERING ASSOCIATES, INC.,** a corporation; and **DOES 1 through 20**, inclusive**,**<br><br>      Defendants. | Case No.: 1:11-cv-01345-LJO-GSA<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT SCHEDULING REPORT AND ORDER**<br><br>**Mandatory Scheduling Conference**<br>**Date:         October 25, 2011**<br>**Time:        10:00 a.m.**<br>**Courtroom: 10** |

   Plaintiff, Stacy Sanchez, formerly in pro per, recently retained counsel in this action.  The appropriate Substitution of Attorney and proposed Order was filed with this Court on October 11, 2011, substituting Attorney M. Greg Mullanax as her counsel of record.  The Order was signed and issued on October 11, 2011.

   Counsel for Defendant CEI Engineering Associates was informed of this new representation via e-mail on October 11, 2011, and discussions began in accordance with the Order Setting Mandatory Scheduling Conference.  Attorney Mullanax, counsel for plaintiff, contacted Attorney Robert Schnack, counsel for defendant to schedule the meet and confer necessary to complete the Joint Scheduling Report.

Due to these circumstances and the attorney's respective calendar conflicts, both parties' counsel have agreed to further discussions and detailed communications scheduled for Tuesday, October 18, 2011 which is the date the Joint Scheduling Report is due to be filed with the court.

Therefore, it is stipulated by and between both counsel for plaintiff Mullanax and counsel for defendant Schnack to request a one day extension of time, from October 18, 2011 to October 19, 2011 to file the Joint Scheduling Report.

Dated:  OCTOBER 19, 2011                              LAW OFFICE OF M. GREG MULLANAX

                                                                              by:  /s/ M. Greg Mullanax                    .
                                                                                  M. Greg Mullanax
                                                                                  Attorney for Plaintiff,
                                                                                  STACY SANCHEZ


Dated:  OCTOBER 19, 2011                              JACKSON LEWIS LLP

                                                                              by:  /s/ Robert J. Schnack                    .
                                                                                  Robert J. Schnack
                                                                                  Douglas M. Egbert
                                                                                  Attorney for Defendant,
                                                                                  CEI ENGINEERING
                                                                                  ASSOCIATES, INC.

## ORDER

Good cause appearing, IT IS SO ORDERED.

Dated:  **October 19, 2011**_____          /s/ Gary S. Austin_____
                                                                     UNITED STATES MAGISTRATE JUDGE