1  M. GREG MULLANAX (SBN 155138)
   LAW OFFICE OF M. GREG MULLANAX
   2140 N. Winery Avenue, Suite 101
   Fresno, CA 93703
2  Telephone: (559) 420-1222
   Facsimile: (559) 354-0997
3  Email:     *greg@mgmatty.com*

4  Attorney for Plaintiff
   STACY SANCHEZ
5

6  JACKSON LEWIS LLP
   ROBERT J. SCHNACK (SBN 191987)
7  DOUGLAS M. EGBERT (SBN 265062)
   801 K Street, Suite 2300
8  Sacramento, California 95814
   Telephone: (916) 341-0404
9  Facsimile: (916) 341-0141
   Email:    *schnackr@jacksonlewis.com*
10 Email:    *egbertd@jacksonlewis.com*

11 Attorneys for Defendant
   CEI ENGINEERING ASSOCIATES, INC.
12

13                UNITED STATES DISTRICT COURT

14            EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| STACY SANCHEZ, | Case No. 1-11-CV-01345-GSA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON** |
| CEI ENGINEERING ASSOCIATES, INC., a corporation, and DOE 1 through 50 inclusive, | |
| Defendants. | Complaint Filed: July 8, 2011<br>Trial Date: Not Yet Set |

21 TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

22 CALIFORNIA – FRESNO DIVISION:

23        Plaintiff STACY SANCHEZ and Defendant CEI ENGINEERING ASSOCIATES,

24 INC., by and through their respective attorneys of record, hereby stipulate to dismissal of this

25 action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

26 Dated: November 21 , 2011        LAW OFFICE OF M. GREG MULLANAX

27                                  By: /s/ [*M. Greg Mullanax*]
                                        M. GREG MULLANAX
28                                  Attorneys for Plaintiff Stacy Sanchez

                                    1

Dated: November 23, 2011         JACKSON LEWIS LLP

By: /s/ [*Robert J. Schnack*]
ROBERT J. SCHNACK
Attorneys for Defendant CEI Engineering Associates, Inc.

### **ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO ORDERED.

Dated:   **November 28, 2011**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2

Stipulated Dismissal of Action with Prejudice;   *Sanchez v. CEI Engineering Associates, Inc.*
Proposed Order Thereon                            Case No.:  1-11-CV-01345-LJO-GSA