M. GREG MULLANAX (SBN 155138)
LAW OFFICE OF M. GREG MULLANAX
2140 N. Winery Avenue, Suite 101
Fresno, CA 93703
Telephone: (559) 420-1222
Facsimile: (559) 354-0997
Email: *greg@mgmatty.com*

Attorney for Plaintiff
STACY SANCHEZ


JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
DOUGLAS M. EGBERT (SBN 265062)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: *schnackr@jacksonlewis.com*
Email: *egbertd@jacksonlewis.com*

Attorneys for Defendant
CEI ENGINEERING ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| STACY SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CEI ENGINEERING ASSOCIATES, INC., a corporation, and DOE 1 through 50 inclusive,<br><br>    Defendants. | Case No.  1-11-CV-01345-GSA<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**<br><br>Complaint Filed: July 8, 2011<br>Trial Date:    Not Yet Set |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION:

   Plaintiff STACY SANCHEZ and Defendant CEI ENGINEERING ASSOCIATES, INC., by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Dated: November 21 , 2011        LAW OFFICE OF M. GREG MULLANAX

                     By: /s/ [*M. Greg Mullanax*]
                         M. GREG MULLANAX
                         Attorneys for Plaintiff Stacy Sanchez

1

Dated: November 23, 2011            JACKSON LEWIS LLP

                                    By: /s/ [*Robert J. Schnack*]
                                        ROBERT J. SCHNACK
                                    Attorneys for Defendant CEI Engineering Associates, Inc.

## **ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO ORDERED.

   Dated:  **November 28, 2011**            **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

2

Stipulated Dismissal of Action with Prejudice;            *Sanchez v. CEI Engineering Associates, Inc.*
Proposed Order Thereon                                    Case No.:  1-11-CV-01345-LJO-GSA